**Order entered March 31, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-19-01004-CR
No. 05-19-01028-CR
No. 05-19-01029-CR
No. 05-19-01030-CR

**ZACHARIAH MATHIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-42189-K, F18-42190-K, F18-42191-K,**
**F18-42192-K**

**ORDER**

The State's motion for an extension of time to file its accompanying brief is

GRANTED, and the Clerk of the Court is hereby ordered to file the State's brief

tendered to the Court.

/s/    LANA MYERS
PRESIDING JUSTICE